

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
United States Attorney

*Jewell Christian Stewart*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Jewell.Stewart @usdoj.gov*

*main:* *(973) 297-2024*
*direct: (862) 412-7410*
*fax:* *(973) 645-2702*

August 10, 2026

**<u>BY ECF</u>**

Honorable Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:    *Velasquez Lopez v. Soto, et al.*, No. 2:26-cv-09845-MCA
>         **Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action.  We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at 11:15 p.m. on August 5, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Jewell Stewart*
        JEWELL CHRISTIAN STEWART
        Assistant United States Attorney
        *Attorneys for Respondents*

cc:    Counsel of Record (by ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 8/12/26